## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

Tory Levon Kirk,

Vs. No. 11-13-00130-CR

The State of Texas,

* From the Criminal District
Court No. 5 of Dallas County,
Trial Court No. F-0962440-L.

* July 11, 2013

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered Tory Levon Kirk's motion to dismiss his appeal for lack of jurisdiction and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.